Nos. 353 and 552. LAND ET AL. *v.* DOLLAR ET AL. The petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit in No. 552 is denied. The motion for leave to file petition for rehearing in No. 353 is denied. MR. JUSTICE BLACK and MR. JUSTICE CLARK took no part in the consideration or decision of these applications. *Solicitor General Perl-*

*man* for petitioners. *Gregory A. Harrison, Moses Lasky* and *Clinton M. Hester* for respondents in No. 552. █